# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 12, 2021

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY ___AP___ D.C.
Oct 12, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 21-12443-GG
Case Style: USA v. Everson Flowers
District Court Docket No: 0:13-cr-60284-JIC-4

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joseph Caruso, GG
Phone #: (404) 335-6177

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 21-12443-GG

_____

UNITED STATES OF AMERICA,

                                      Plaintiff - Appellee,

versus

EVERSON FLOWERS,
a.k.a. Boomer,

                                      Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir. R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the Appellant Everson Flowers has failed to file an appellant's brief within the time fixed by the rules, effective October 12, 2021.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Joseph Caruso, GG, Deputy Clerk

                                      FOR THE COURT - BY DIRECTION